### WELLS v. ALEXANDRE et al.

*(Superior Court of New York City, General Term. June 10, 1889.)*

Motion for leave to appeal to the court of appeals from the interlocutory judgment entered on the decision of the general term, reversing a judgment sustaining plaintiff's demurrer, as provided by Code Civil Proc. N. Y. § 190, subd. 4. For former reports of this case, see 3 N. Y. Supp. 122; 4 N. Y. Supp. 874.

Argued before SEDGWICK, C. J., and TRUAX, J.

*Wilcox, Adams & Macklin,* for plaintiff. *Carter, Rollins & Ledyard,* for defendants.

SEDGWICK, C. J. I am of opinion that the motion should be denied. The question involved is not of sufficient importance to justify giving the certificate, even if it be assumed that there may be doubt as to its proper answer. There will be no more delay than exists in all such cases. Motion denied, without costs.

TRUAX, J., concurs.